UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA SEIDL, individually, derivatively and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE A. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, MARK MALLON, WADE SLOME, BRUCE WIMBERLY and JERRY SULLIVAN,<br><br>Defendants.<br><br>and<br><br>AMERICAN CENTURY MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY ULTRA FUND,<br><br>Nominal Defendant. | Case No. 08-CV-8857 (DLC)<br><br>ECF CASE<br><br>**CERTIFICATE OF SERVICE RE DEFENDANTS AND NOMINAL DEFENDANT'S RULE 7-1 CORPORATE DISCLOSURE STATEMENT AND ANSWER TO PLAINTIFF'S VERIFIED CLASS-ACTION AND DERIVATIVE COMPLAINT** |

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in the City and County of San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the

1128710 v1/SF

date set forth below I served the documents described below in the manner described as follows:

1. American Century Investment Management, Inc.'s Rule 7-1 Corporate Disclosure Statement;

2. American Century Mutual Funds, Inc.'s Rule 7-1 Corporate Disclosure Statement;

3. American Century Companies, Inc.'s Rule 7-1 Corporate Disclosure Statement; and

4. Defendants' and Nominal-Defendant's Answer to Plaintiff's Verified Class Action and Derivative Complaint.

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

Gregory P. Erthal, Esq.
SimmonsCooper, LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024

Rosalind M. Robertson, Esq.
SimmonsCooper, LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024

Executed on April 6, 2009, at San Francisco, California.

_____
Tammy Zughayer