IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA SEIDL, individually, derivatively and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br>vs.<br><br>AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JAMES E. STOWERS, III, JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE A. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, MARK MALLON, WADE SLOME, BRUCE WIMBERLY and JERRY SULLIVAN,<br>　　　　Defendants.<br><br>　　　　and<br><br>AMERICAN CENTURY MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY ULTRA FUND,<br><br>Nominal Defendant. | INDEX No. 08-CV-8857 (DLC)<br>ECF Case |

## NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE that, upon the accompanying the Fund and Independent Directors' Memorandum of Law in Support of Their Motion for Judgment on the Pleadings, Defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, and Timothy S. Webster (collectively, the "Independent Directors"), and nominal defendant American Century Mutual Funds, Inc. (the "Fund"), doing business as American Century Ultra Fund, will move this Court for an order granting judgment on the pleadings and dismissing Plaintiff's Amended Verified Class Action and Derivative Complaint as to the Fund and the Independent Directors with prejudice, and any other relief the Court deems just and proper.

8458029.1

Dated:  July 2, 2009

Respectfully submitted,

/s/ David P. Langlois
David P. Langlois (DL 2319)
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas
40th Floor
New York, New York 10036-7703
Phone:  212-389-5000
Fax:  212-389-5099
Email: david.langlois@sutherland.com

Marguerite C. Bateman *
Steuart H. Thomsen*
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-383-0100
Fax: 202-637-3593
Email: marguerite.bateman@sutherland.com
            steuart.thomsen@sutherland.com

*(Admitted Pro Hac Vice)

*Attorneys for Defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, and Timothy S. Webster, and nominal defendant American Century Mutual Funds, Inc., doing business as American Century Ultra Fund*

8458029.1