```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LAURA SEIDL, individually and on behalf :
of all others similarly situated,       :
                          Plaintiff,    :    08 Civ. 8857 (DLC)
                                        :
              -v-                       :    ORDER
                                        :
AMERICAN CENTURY COMPANIES, INC., et    :
al.,                                    :
                         Defendants.    :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-20-09

DENISE COTE, District Judge:

On September 18, 2009, the defendants' motion for judgment on the pleadings was fully submitted. In plaintiff's opposition to the motion, she requests leave to amend her complaint a second time. It is hereby

ORDERED that defendants' motion for judgment on the pleadings is denied without prejudice to renewal.

IT IS FURTHER ORDERED that plaintiff's request to amend her complaint is granted. Plaintiff must file her amended complaint by **November 6, 2009**. No further leave to amend shall be granted.

IT IS FURTHER ORDERED that should defendants wish to renew their motion for judgment on the pleadings, they must file said motion by **December 4, 2009**. Plaintiff's opposition shall be due **December 18, 2009**. Defendants' reply, if any, shall be due **January 8, 2010**.

IT IS FURTHER ORDERED that at the time any reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         October 19, 2009

                                    _____
                                         DENISE COTE
                                    United States District Judge