# HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

112 MADISON AVENUE
NEW YORK, NEW YORK 10016-7416
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 784-6403
JAYNE CONROY (NY, DC & MA)
(212) 784-6402
CLINTON B. FISHER (NY & DC)
(212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
(212) 784-6401
STEVEN M. HAYES (NY)
(212) 784-6414
THOMAS I. SHERIDAN, III (NY)
(212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 213-5949

EMAIL
tsheridan@hanlyconroy.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/10

**MEMO ENDORSED**

BY HAND

January 14, 2010

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007



RECEIVED
JAN 14 2010
CHAMBERS OF
DENISE COTE

Re: *Seidl v. American Century Companies, Inc.*, 08 Civ. 8857 (DLC)

Dear Judge Cote:

    We represent plaintiff Laura Seidl in this action. I write to ask the Court to approve the parties' agreements with respect to briefing on defendants' pending motions to dismiss.

    The plaintiff is a mutual fund investor who has asserted derivative claims on behalf of the mutual fund and direct/class action claims on behalf the other investors in the fund. Two separate motions to dismiss the complaint have been filed by (i) the Institutional Defendants and (ii) the Fund and Independent Directors. Plaintiff proposes to file a single, consolidated brief of up to 60-pages in opposition to the two motions, and defendants have agreed to this request. We ask the Court to approve the filing of this single, over-length brief, in place of two separate briefs of up to 25 pages each, as otherwise prescribed by Your Honor's individual practices.

    Defendants propose to file separate reply briefs, totaling no more than 30 pages between them. We have agreed to this request and ask the Court to approve that as well.

    Your Honor may recall that these are the same page limits that Your Honor approved with respect to defendants' prior motions for judgment on the pleadings, which were denied without prejudice to the filing of the pending motions.

    The parties have also agreed on a new proposed briefing schedule, which we respectfully ask the Court to approve. Currently, plaintiff's opposition is due January 15, 2010. We propose a one-week extension to January 22, 2010. Defendants' reply briefs are

HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

Hon. Denise L. Cote
January 14, 2010

Page 2

currently due February 5, 2010. The parties have agreed on a two-week extension to February 19, 2010. We request that the Court approve this revised schedule.

Respectfully,

*[signature]*

Thomas I. Sheridan, III

cc: All counsel (via e-mail)

*Granted. There shall be no further extensions.*

*Denise Cote*
*January 14, 2009*