UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| LAURA SEIDL, individually, derivatively and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  - against -<br><br>AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JAMES E. STOWERS, III, JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE E. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, MARK MALLON, WADE SLOME, BRUCE WIMBERLY, and JERRY SULLIVAN,<br><br>     Defendants,<br><br>  - and -<br><br>AMERICAN CENTURY MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY ULTRA FUND,<br><br>     Nominal Defendant. | 08 Civ. 8857 (DLC)<br><br>NOTICE OF APPEAL |

  **NOTICE** is hereby given that Laura Seidl, individually, derivatively and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit, from each and every part of the Judgment entered herein on May 11, 2010 and from each and every judgment, decision, opinion and order upon which it is based.

Dated: New York, New York
    June 9, 2010

                 _____
                 Thomas I. Sheridan, III
                 HANLY CONROY BIERSTEIN SHERIDAN
                 FISHER & HAYES LLP
                 112 Madison Avenue
                 New York, New York 10016 (212) 784-6404
                 tsheridan@hanlyconroy.com

                 *Attorney for Appellants*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAURA SEIDL, individually, derivatively
and on behalf of all others similarly situated,
        Plaintiff,

   -against-

AMERICAN CENTURY COMPANIES, INC.,
et.al.,
        Defendants.

   -and-

AMERICAN CENTURY MUTUAL FUNDS, INC.,
Doing business as AMERICAN CENTURY ULTRA
FUND,
        Nominal Defendant.
-------------------------------------------------------------X

08 CIVIL 8857 (DLC)

**JUDGMENT**

  Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Denise L Cote, United States District Judge, and the Court, on May 7, 2010, having rendered its Opinion and Order granting defendants' motion to dismiss the second amended complaint with prejudice, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 7, 2010, defendants' motion to dismiss is granted and the second amended complaint is dismissed with prejudice; accordingly, the case is closed.

Dated: New York, New York
   May 10, 2010

                  **RUBY J. KRAJICK**
                  Clerk of Court
            BY:
                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

# SERVICE LIST

Gordon C. Atkinson, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
(212)-479-6156

Benjamin Hansel Kleine, Esq.
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111

*Attorneys for Defendants American Century Companies, Inc., American Century Investment Management, Inc., James E. Stowers, Jr., Jonathan S. Thomas, William M. Lyons, Mark Mallon, Wade Slome, Bruce Wimberly, Jerry Sullivan, James E. Stowers, III*

David Peter Langlois, Esq
Sutherland Asbil & Brennan, LLP
1114 Avenue of the Americas, 40th Floor.
New York, NY 10036

Marguerite C. Bateman, Esq.
Steuart H. Thomsen, Esq.
Sutherland Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Attorneys for defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, Timothy S. Webster, and nominal defendant American Century Mutual Funds, Inc. DBA American Century Ultra Fund.*